IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-356-CVE |
| WILLIAM COLBY COX, LAURA KAY SAWYER, | |
| Defendants. | |

## Notice of Scrivener's Error

The United States of America, by undersigned counsel, respectfully advises the Court that the Notices of Final Order of Forfeiture (Dkt. # 101 and 102) filed on December 16, 2022 and December 20, 2022, respectfully, contained a typographical error.

The serial number of the Taurus Inc., Model PT-22, .22 caliber pistol was incorrectly identified as 844372. The correct serial number is 84437Z.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ Reagan V. Reininger
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

    I hereby certify that on February 14, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                                             /s/ *Pam Kuch*
                                             PAM KUCH, Paralegal